¶ 21. I respectfully dissent from the majority's decision to reverse and render.
 ¶ 22. As the majority states, custody determinations are within the discretion of the chancellor. Sturgis,792 So.2d at 1023 (¶ 12). Indeed, chancellors are vested with broad discretion, and this Court will not disturb the chancellor's findings unless the court was manifestly wrong, the court abused its discretion, or the court applied an erroneous legal standard. Andrews v. Williams, 723 So.2d 1175,1177 (¶ 7) (Miss.Ct.App. 1998) (citing Sandlin v.Sandlin, 699 So.2d 1198, 1203 (Miss. 1997)). Here, based on the evidence presented, I cannot find that the chancellor was manifestly wrong, abused its discretion, or applied an erroneous legal standard. Glass v. Glass, 726 So.2d 1281, 1284
(¶ 11) (Miss.Ct.App. 1998).
MYERS, P.J., AND CHANDLER, J., JOIN THIS SEPARATE OPINION.